# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CR-17-122-8-SLP |
| | ) |
| ARMANDO J. LIRA JIMENEZ, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Before the Court is Defendant's pro se Motion for Early Termination of Supervised Release [Doc. No. 876]. Defendant seeks relief pursuant to 18 U.S.C. § 3583(e)(1). Defendant currently remains in the custody of the Bureau of Prisons and his projected release date is November 29, 2025.[1] Thus, he has not yet begun to serve any term of supervised release and his request is premature. *See* 18 U.S.C. § 3583(e)(1) ("The court may, after considering the factors set forth in section 3553(a)(1) . . . terminate a term of supervised release and discharge the defendant released at any time *after the expiration of one year of supervised release*.") (emphasis added). Accordingly, Defendant's Motion is DENIED.

IT IS SO ORDERED this 30th day of October, 2024.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE

---

[1] *See United States v. Muskett*, 970 F.3d 1223, 1237 n. 4 (10th Cir. 2020) (taking judicial notice of inmate's status according to the Bureau of Prisons' inmate locator).